# 310

BEFORE THE THIRD DIVISION, APRIL 29, 1948

No. 52294.—Thornley & Pitt v. United States, petition 6634–R (San Francisco),

Opinion by CLINE, J.   The petition was dismissed.

BEFORE THE FIRST DIVISION, APRIL 30, 1948

No. 52295.—China Importing Co. et al. v. United States, protests 565540–K, etc. (San Francisco and Seattle).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52296.—S. S. Kresge Co. et al. v. United States, protests 123058–K, etc. (Baltimore, etc.).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52297.—Walter Hart, Inc., et al. v. United States, protests 129958–K, etc. (Philadelphia, etc.).

Opinion by COLE, J.   The protests were dismissed.

No. 52298.—Lifton Mfg. Co. et al. v. United States, protests 124989–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 30, 1948

No. 52299.—Louis Meyers & Son, Inc. v. United States, protests 910560–G and 910564–G (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of United States v. Julius Kayser & Co. (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.